IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIS D. JOHNSON,

    Petitioner,                   No. CIV S-10-2663 GGH P

    vs.

ROUNDS,

    Respondent.                <u>ORDER</u>

_____/

        On October 22, 2010, petitioner consented to the jurisdiction of the undersigned (docket #4). By order filed October 18, 2010, petitioner's defective application for a writ of habeas corpus was dismissed and twenty-eight days' leave to file an amended application was granted. On November 23, 2010, petitioner was granted a twenty-eight day extension of time. On December 27, 2010, petitioner was granted a second twenty-eight day extension of time. On February 3, 2011, petitioner was granted a final fourteen-day extension of time. The fourteen-day period has now expired, and petitioner has not filed an amended application or otherwise responded to the court's order.

\\\\\

\\\\\

\\\\\

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: March 15, 2011             /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/035
john2663.fta